Michael B. Reynolds, SBN 174534
Jeffrey M. Singletary, SBN 233528
Snell & Wilmer LLP
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Tel: 714-427-7000
Fax: 714-427-7799
mreynolds@swlaw.com
jsingletary@swlaw.com

Attorneys for Debtor and Defendant
Charles Francis Gugliuzza, II

**FILED & ENTERED**

**JUN 29 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:12-bk-22893-CB |
| CHARLES FRANCIS GUGLIUZZA, II, | Chapter 7 |
| Debtor. | Adv. No. 8:13-ap-01078-CB |
| FEDERAL TRADE COMMISSION, | **Judgment** |
| Plaintiff, | Trial Information |
| v. | Date:    March 21, 2018<br>Time:    10:00 a.m.<br>Courtroom: 5D |
| CHARLES FRANCIS GUGLIUZZA II, | Address:    411 West Fourth Street<br>Santa Ana, CA 92701 |
| Defendant. | |

    This non-dischargeability proceeding came on for trial on March 21, 2018. After the Plaintiff Federal Trade Commission (the "FTC") presented all of its evidence and rested its case, defendant Charles Francis Gugliuzza II, moved the Court for judgment on partial findings under Rule 52(c) of the Federal Rules of Civil Procedure, made applicable by Rule 7052 of the Federal Rules of Bankruptcy Procedure.

    //

    //

For the reasons set forth in the separately entered findings of fact and conclusions of law,

JUDGMENT IS ENTERED:

1. In favor of Debtor on the FTC's complaint to determine non-dischargeability of debt under Section 523(a)(2)(A) of Title 11 of the United States Code.

### 

Date: June 29, 2018

Catherine Bauer
United States Bankruptcy Judge