Kimberly L. Nelson, VA Bar No. 47224
(admitted *pro hac vice*) Tel: 202-326-3304
Omolara Bewaji Joseney, NY Bar No. 4937132
(admitted *pro hac vice*) Tel: 202-326-2599
Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Stop CC-9528
Washington, DC  20580
Fax: 202-326-2558
knelson@ftc.gov
ojoseney@ftc.gov

Stacy Procter, SBN 221078
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA  90024
Tel: 310-824-4343 -/- Fax: 310-824-4380
sprocter@ftc.gov

Attorneys For Plaintiff

**FILED & ENTERED**

**AUG 13 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le            DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**CHARLES FRANCIS GUGLIUZZA II,**<br><br>Debtor. | Case No.  8:12-bk-22893-CB<br><br>Chapter 7<br><br>Adv. No. 8:13-ap-01078-CB |
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES FRANCIS GUGLIUZZA II,**<br><br>Defendant. | **ORDER DENYING DEFENDANT'S MOTION FOR COSTS AND FEES AND DEFENDANT'S BILL OF COSTS**<br><br>Date:  August 8, 2018<br>Time:  10:00 a.m.<br>Courtroom:<br>Address:         411 W 4th St, Santa Ana, CA 92701 |

A hearing was held on August 8, 2018, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Defendant's Motion for Costs and Fees filed July 13, 2018 as Docket #275, together with the related Bill of Costs filed July 13, 2018 as Docket #274 (collectively the "Motion").  Appearances were made as noted on the record.

1

1. The Court having read and considered the Motion, heard the statements of counsel, noted the opposition and reply and with good cause shown,

IT IS ORDERED:

1. The Motion is denied.

###

Date: August 13, 2018

Catherine Bauer
United States Bankruptcy Judge