| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds (#174534)<br>Jeffrey M. Singletary (#233528)<br>Snell & Wilmer L.L.P.<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, California 92626<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Charles Francis Gugliuzza, II | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Charles Francis Gugliuzza, II<br><br>Debtor(s). | CASE NO.: 8:12-bk-22893-CB<br><br>ADVERSARY NO.: 8:13-ap-01078-CB<br>(*if applicable*)<br><br>CHAPTER: 7 |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>Charles Francis Gugliuzza, II<br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Charles Francis Gugliuzza, II

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

---

December 2015                                   Page 1                                   Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order Denying Defendant's Motion for Costs and Fees and Defendant's Bill of Costs

2. The date the judgment, order, or decree was entered: 08/13/2018

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Federal Trade Commission

   Attorney:

   Kimberly L. Nelson
   Omolara B. Joseney
   Federal Trade Commission
   600 Pennsylvania Avenue, NW, Mail Stop CC-9528
   Washington, DC 20580
   T: (202) 326-3304 / F: (202) 326-2558

2. Party: Federal Trade Commission (cont.)

   Attorney:

   Stacy Procter
   Federal Trade Commission
   10990 Wilshire Boulevard, Suite 400
   Los Angeles, California 90024
   T: (310) 824-4343 / F: (310) 824-4380

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_/s/ [signature]_____    Date: 08/24/2018
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626. A true and correct copy of the foregoing document(s) entitled (*specify*): **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 27, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- D Edward Hays   ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Omolara B Joseney   ojoseney@ftc.gov
- Richard A Marshack (TR)   pkraus@marshackhays.com, rmarshack@iq7technology.com
- Kimberly L Nelson   knelson@ftc.gov
- Stacy Procter   sprocter@ftc.gov
- Brett Ramsaur   brett@ramsaurlaw.com, mwjaraki@me.com
- Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
- Jeffrey M Singletary   jsingletary@swlaw.com, rmckay@swlaw.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 27, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Delivery:**
The Honorable Catherine Bauer
United States Bankruptcy Court
411 W. Fourth Street, Ste. 5165, Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2018 | Kimberly A. Collins | /s/ Kimberly A. Collins |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
4829-8133-7409.1

**F 9013-3.1.PROOF.SERVICE**