Michael B. Reynolds, Bar No. 174534
Jeffrey M. Singletary, Bar No. 233528
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799
Email:         mreynolds@swlaw.com
               jsingletary@swlaw.com

Attorneys for Debtor
Charles Francis Gugliuzza, II

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:12-bk-22893-CB |
| CHARLES FRANCIS GUGLIUZZA, II, | Adv. No. 8:13-ap-01078-CB |
| Debtor. | Chapter 7 |
| FEDERAL TRADE COMMISSION, | **APPELLANT CHARLES FRANCIS GUGLIUZZA, II'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL** |
| Plaintiff, | |
| v. | |
| CHARLES FRANCIS GUGLIUZZA II, | |
| Defendant. | |

Appellant Charles Francis Gugliuzza, II ("Appellant" or the "Debtor"), by and through undersigned counsel Snell & Wilmer L.L.P., hereby respectfully submits, pursuant to Rule 8006,[1] his statement of issues to be presented on Appellant's appeal of that certain *Order Denying Defendant's Motion for Costs and Fees and Defendant's Bill of Costs* (the "Order") entered August 13, 2018, docket no. 281 in adversary proceeding no. 8:13-ap-01078-CB, pending in the

---

[1] Unless otherwise indicated, all "Code," "chapter," and "section" references are to Title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101-1532, and all "Rule" references are to the Federal Rules of Bankruptcy Procedure ("FRBP") which make applicable certain Federal Rules of Civil Procedure ("FRCP").

SNELL & WILMER
L.L.P.
ORANGE COUNTY

4810-8141-1185

APPELLANT'S STATEMENT
OF ISSUES ON APPEAL

United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court").

### STATEMENT OF ISSUES ON APPEAL

1. Whether the bankruptcy court erred in denying Defendant's Motion for Costs and Fees and Defendant's Bill of Costs.

2. Whether the FTC's demand was excessive within the meaning of the Equal Access to Justice Act, 28 U.S.C. Section 2412(d).

Dated: September 6, 2018

SNELL & WILMER L.L.P.

By: /s/
Michael B. Reynolds
Jeffrey M. Singletary

Attorneys for Charles Francis Gugliuzza II

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY

4810-8141-1185

- 2 -

APPELLANT'S STATEMENT
OF ISSUES ON APPEAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626. A true and correct copy of the foregoing document(s) entitled (*specify*): **APPELLANT CHARLES FRANCIS GUGLIUZZA, II'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Omolara B Joseney    ojoseney@ftc.gov
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Kimberly L Nelson    knelson@ftc.gov
- Stacy Procter    sprocter@ftc.gov
- Brett Ramsaur    brett@ramsaurlaw.com, mwjaraki@me.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeffrey M Singletary    jsingletary@swlaw.com, rmckay@swlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 6, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Delivery:**
The Honorable Catherine Bauer
United States Bankruptcy Court
411 W. Fourth Street, Ste. 5165, Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2018 | Kimberly A. Collins | /s/ Kimberly A. Collins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.